UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDUARDO ESPINOZA,
a/k/a "Titi,"

Defendant.
_________________________________/

**INDICTMENT**

The Grand Jury charges:

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

Beginning on an unknown date and continuing from on or about October 31, 2023 through August 8, 2025, in Kent County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

EDUARDO ESPINOZA, a/k/a "Titi,"

knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 50 grams or more of methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(ii)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

ALEXIA A. JANSEN
Assistant United States Attorney